UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cr-178-NT |
| | ) | |
| JADEN BROWN, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER ON MOTION TO REVOKE BAIL

On June 10, 2025, in accordance with the Bail Reform Act, 18 U.S.C. § 3148, Defendant appeared on the Government's Motion to Revoke Bail (ECF No. 96). The Government asserted in its motion that the Defendant failed to surrender to serve a revocation sentence on May 16, 2025. *See* ECF Nos. 92, 95, 96. Defendant admitted to the violation and knowingly waived her right to a hearing on the motion. The Court, therefore, **GRANTS** the Government's Motion to Revoke Bail, and **ORDERS** that the Defendant be committed to the custody of the United States Marshall for purposes of execution of her revocation sentence imposed on May 8, 2025.

/s/ Karen Frink Wolf
U.S. Magistrate Judge

Dated: June 10, 2025